FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 FEB 23  PM 12: 37

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 10-111 |
| v. | * | SECTION: "R" |
| LLOYD CURRY | * | |

\* \* \*

## FACTUAL BASIS

If this case was to proceed to trial the Government would present credible testimony and reliable evidence to prove the following facts beyond a reasonable doubt:

In the Summer of 2009, a Confidential Human Source (hereinafter "CHS") advised FBI agents that an individual known to the CHS as "Slugger" (later identified as LLOYD ELLIS CURRY) was distributing heroin in both the Lower Ninth Ward and New Orleans East.

On September 10, 2009, FBI agents, utilizing the CHS, conducted a controlled buy from CURRY. The CHS purchased 1.2 grams of heroin from CURRY for $200.00 cash. The narcotics transaction took place in CURRY's red Chevrolet HHR which was located in the parking lot of an auto parts store on Old Gentilly Road, off of Read Blvd., in New Orleans East. CURRY handed the CHS the heroin after he removed the heroin from behind the passenger seat of the vehicle. The CHS's meeting with CURRY was corroborated by members of the New Orleans Violent Crime Task

Force (NOVCTF) who performed surveillance of the event. After the controlled buy, the CHS immediately met with NOVCTF members and turned over the purported heroin. The substance was field-tested by NOVCTF officer Saunders Craine and the result was positive for the presence of heroin.

On September 18, 2009, FBI agents, utilizing the CHS, conducted another controlled buy from CURRY. The CHS purchased 3.36 grams of heroin from CURRY for $500.00 cash. The narcotics transaction occurred inside a 2009 maroon Chevrolet Impala bearing Texas license plate SVN242. The vehicle was parked inside a McDonald's parking lot at 10001 I-10 Service Road in New Orleans East. CURRY was seated in the driver's seat. Just prior to entering CURRY's vehicle, and while outside the vehicle, the CHS observed CURRY reach towards the floor area of the passenger compartment area in an apparent effort to retrieve something. The narcotics transaction, which was captured via consensual recording device on the CHS's person, took place while both individuals were inside the parked vehicle. The CI immediately met with agents after the meeting with CURRY had concluded. The CI turned the narcotics over to Det. Melanie Dillon (NOPD) and FBI S/A Chris DiMenna. TFO Craine field-tested the substance and the result was positive for heroin.

On October 2, 2009, FBI agents, utilizing the CHS, conducted another controlled buy from CURRY. The CHS purchased 2.36 grams of heroin from CURRY for $400.00 cash. The transaction, which was captured via consensual recording by the CHS, occurred inside an apartment at the Berkeley Apartments at 2020 11th Street in Slidell, LA. The CI immediately returned to agents after the transaction and turned over the purported narcotics. The substance was field-tested by TFO Craine and the result was positive for heroin.

After CURRY was arrested by FBI agents on April 14, 2010 at Hobnobbers Bar on Carondelet St. for the above-cited criminal activity, he was read his constitutional rights from a FD-395 Advice of Rights form. CURRY verbally indicated that he understood and that he wished to speak to agents. CURRY then signed the FD-395 Advice of Rights form. CURRY then admitted that he distributes heroin and that in 2009 he earned approximately $50,000 from distributing heroin. At this time CURRY, though he had not been asked anything about the the vehicle he was using or the contents therein, went out of his way to tell federal agents that nothing that may be found in the truck is his.

The vehicle CURRY was using, a 2006 Chevrolet Silverado bearing LA license # X541729, was parked in the Hobnobbers Bar parking lot. CURRY admitted to FBI S/A DiMenna at the time of arrest that this vehicle was indeed the truck he was using. Furthermore, FBI intel had identified this truck/license plate as one CURRY frequently uses. Agents obtained the keys to the truck and transported it to the FBI Office in New Orleans.

As the vehicle was present on the grounds of the FBI, a cursory inspection of the interior was conducted in order to document and secure any valuables. During the course of the cursory search, agents observed a pistol under the front passenger seat. The firearm was identified as a Glock model 22, .40 caliber semi-automatic pistol, bearing serial number NO2102PD. NCIC revealed the pistol was reported stolen in March 2008.

NCIC also revealed that the registered owner of the vehicle was a "Jovan A. McQueen" of 2618 Piety Street in New Orleans. Federal agents interviewed Mr. McQueen. McQueen stated that he knew CURRY through a mutual friend, Paul Curry (one of CURRY's brothers). McQueen stated that he never did any business with CURRY nor did he buy drugs of any kind from him. McQueen

further stated that, because of his friendship with Paul Curry, he frequently loaned his vehicle to CURRY approximately 1 1/2 months prior to the agents impounding it. As McQueen owns another vehicle he said he did not need the truck all the time.

McQueen stated that he had loaned his vehicle to CURRY the day before CURRY was arrested and the vehicle impounded. McQueen played pool with CURRY at Hobnobbers Bar earlier on the evening CURRY was arrested (April 14, 2010). On the night CURRY was arrested, CURRY was the only person McQueen knew to be using his vehicle, which was at Hobnobbers Bar. McQueen denied having any knowledge whatsoever of the firearm that was recovered from his vehicle. He stated that the firearm was not his and that he had no idea how or why it was in the vehicle. Other than a few music CD's, a car jack, and ownership papers to the vehicle, McQueen did not leave any other items in the truck before loaning it to CURRY.

Magistrate Louis Moore, Jr. signed a Search Warrant for the impounded 2006 Chevrolet Silverado on April 20, 2010. On April 23, 2010 the search warrant was executed. During the course of the search, a Glock model 22, .40 caliber semi-automatic pistol bearing serial number EHC114 with a large capacity/extended magazine was located in the compartment concealed behind the passenger-side air bag door which was located in the vehicle's dash above the glove box. In addition, another large capacity .40 caliber magazine was located in the same compartment. FBI S/A Gary Elmore, Jr. determined that the pistol contained a round of ammunition in the chamber.

Items also found in the course of the search were: (1) a Sex Offender Registry Form with CURRY's name and photo on it (this was found inside the passenger-side door adjacent to the firearm found concealed inside the passenger-side air bag door); (2) a utility bill with CURRY's name on it; (3) a Valentine's Day card addressed to CURRY from CURRY's sister; (4) a bank

record of a business account with CURRY's name as the signatory; and (5) a receipt with CURRY's name on it from having put money on a prison inmate's account.

CURRY is a convicted felon. CURRY was convicted of attempted aggravated oral sexual battery (LA-RS 14:(27)43.4) in the Criminal District Court for the Parish of Orleans on September 10, 1997 under case number 387-493 "I". CURRY was convicted of attempted distribution of marijuana (LA-RS 40:(27)966) in the 24th Judicial District Court for the Parish of Jefferson on December 14, 1999 under case number 401-660 "L". CURRY was also convicted of aggravated flight from an officer (LA-RS 14:108.1) in the 24th Judicial District Court for the Parish of Jefferson on June 20, 2007 under case number 06-4968 "G". As a convicted felon, CURRY is prohibited from possessing any firearms.

The firearms recovered from CURRY's vehicle were not manufactured in the state of Louisiana and, as such, traveled through the course of interstate commerce to be found in the state of Louisiana.

At trial the Government would introduce the 1.20 grams of heroin purchased on September 10, 2009, the 3.36 grams of heroin purchased on September 18, 2009, and the 2.36 grams of heroin purchased on October 2, 2009. The Government would also introduce proof of CURRY's felony convictions, the firearms discovered in CURRY's vehicle, as well as the testimony of investigating federal agents and officers.

Frederick W. Veters, Jr.
Assistant United States Attorney

Kevin V. Kelly
Attorney for Defendant

Lloyd E. Curry
Defendant